IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANTONIO SWIFT, | ) | |
| | ) | |
| Plaintiff, | ) | 8:15CV337 |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES WEST, Warden, OMAHA CORRECTIONAL CENTER, and NEBRASKA DEPT OF CORRECTIONS, | ) ) ) | MEMORANDUM OPINION |
| | ) | |
| Defendants. | ) | |

On September 17, 2015, the Court ordered plaintiff to pay the $400.00 filing and administrative fees or file a request for leave to proceed in forma pauperis within 30 days or face dismissal of this action. To date, plaintiff has not paid the fees, submitted a request for leave to proceed in forma pauperis, or taken any other action in this matter.

This matter will be dismissed without prejudice because plaintiff failed to prosecute it diligently and failed to comply with this Court's orders. A separate order will entered in accordance with this memorandum opinion.

DATED this 4th day of November, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court